UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | C.R. No. 95-75-3-JJM-PAS |
| ) | |
| SHARIFF ROMAN ) | |
| Defendant ) | |

## ORDER

Shariff Roman has petitioned this Court under 18 U.S.C. § 3582(c)(1)(A)(i) to reduce his sentence for extraordinary and compelling reasons. ECF No. 1386. The facts underlying Mr. Roman's conviction are set for in this Court's opinion denying Mr. Roman's petition to vacate under 28 U.S.C. § 2255. *United States v. Roman*, 607 F. Supp. 3d 151 (D.R.I. 2022), and this Court's docket. *See, e.g.*, ECF No. 1317.

One of the bases for Mr. Roman's motion is that he has an "extraordinary record of rehabilitation by first denouncing the gang life . . . and there is no concern that he would be a danger to the public if released." *Id.* at 4-5. Unfortunately, the record does not support that assertion.

The government has submitted evidence that shows this assertion by Mr. Roman is not true. Emails he recently sent from prison show that he has been in the Latin Kings "nation for over thirty-five years," and he looks forward to reengaging with the Latin Kings since being "out of the loop."[1] ECF Nos. 1393-1 at 2; 1393-2 at 2;

---

[1] Mr. Roman did not reply to the government's submission or respond to the evidence of continued gang membership.

1393-3 at 2. In light of this, the Court cannot find at this time, as is required, that Mr. Roman "is not a danger to the safety of any other person or to the community as provided in 18 U.S.C. § 3142(g)." U.S.S.G. § 1b1.13(a)(2). Also, the continued gang involvement would require a finding at this time under 18 U.S.C. § 3553(a), that Mr. Roman's sentence is sufficient but not grater than necessary to accomplish the goals of sentencing.

For these reasons, the Court DENIES Shariff Roman's Motion for a Reduction in Sentence. ECF No. 1386.

IT IS SO ORDERED.

_____
John J. McConnell, Jr.
Chief United States District Judge

Date: April 7, 2025